

DEC 23 2015

David J. Bradley, Clerk of Court

Brandon Furlough
P.O. Box 26026 FCI BML
Beaumont, TX  77720

Kenneth Magidson USA
Financial Litigation Department
515 Rusk Street Room 5300
Houston, TX  77002-2600

Account Number: 4:11CR00531-001
USM Number: 95428-279

NOTICE OF BREACH OF FIDUCIARY DUTY §28:3-307

For the Record: On about the 8th day of June 2015, a payment was received and accepted by the state attorney(s). The instrument was accepted by the fiduciary/taker from the "represented person" to resolve the debt over 180 days ago. Pursuant to 28:3-304, an instrument payable on demand becomes overdue at the earliest 90 days if the instrument is a check. Apparently, the instrument was deposited into an account other than that of the "represented person".

Your prompt response in this matter will be greatly appreciated.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT, NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Certified Account Number: 7010 3090 0003 3455 1537

Date: 12/21/15

(See Exhibits)
A And B

Brandon R. Furlough
Agent with the Autograph

```
BMLJE  540*23  *           SENTENCE MONITORING              *    11-17-2014
PAGE 001       *           COMPUTATION DATA                 *    14:33:32
                           AS OF 11-17-2014


REGNO..: 95428-279  NAME: FURLOUGH, BRANDON RASHAUD


FBI NO............: 262768MD5       DATE OF BIRTH: 12-09-1982  AGE:  31
ARS1..............: BML/A-DES
UNIT..............: SA              QUARTERS.....: S04-057L
DETAINERS.........: NO              NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 03-18-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-15-2016 VIA GCT REL


-------------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION............: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER....................: 4:11CR00531-001
JUDGE............................: ELLISON
DATE SENTENCED/PROBATION IMPOSED: 04-04-2012
DATE COMMITTED...................: 05-15-2012
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                   FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:    $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO  AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  512
OFF/CHG: 18:2252A(A)(5)(B)&(B)(2) - POSSESSION OF CHILD PRONOGRAPHY,
         CT3.

SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE...: 60 MONTHS
TERM OF SUPERVISION..............: FIFTEEN YEARS
DATE OF OFFENSE..................: 04-09-2010
```

Exhibit A

Handwritten overlay (diagonal): ACCEPTED FOR VALUE & HONOR, EXEMPT FROM LEVY, For my Remedy; Release the Proceeds, Products, Accounts, AND fixtures of the Order(s) to Me Immediately in the Accordance with the Public Policy, HJR-192, UCC 10-104, UCC LIEN and UCC 1-103 Exemption ID # 462933336 Date: _____ UCC Contract Trust Acct. # _____ Value $ _____ Autograph Without Prejudice UCC 1-207 Brandon R. Furlough, Authorized Representative By: /s/ Brandon R. Furlough and Procuratrix for BRANDON R. FURLOUGH Criminal Docket # 4:11CR00531-001

```
G0002          MORE PAGES TO FOLLOW
```

7010 3090 0003 3455 6990

CERTIFIED MAIL

7010 3090 0003 3455 6990

Without Prejudice
UCC 1-207
By: /s/ Brandon R. Furlough
Authorize Representative
UCC 3-402

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Oivier Lmdo/   C. Date of Delivery: 6/8/15 |
| 1. Article Addressed to: FINANCIAL Department UNITED STATES District Court 515 Rust Street - Rm 5300 HOUSTON TEXAS 77002-2600 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7010 3090 0003 3455 6990 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit B



District Clerk
c/o Kenneth Magidson
Financial Litigation U
Bob Casey US Court House
515 Rusk St Room 5300
Houston, TX 77208-1010

7700260725

Brandon Furlough
95428-279 BML SA
PO Box 26020
Beaumont, TX 77720

United States Courts
Southern District of Texas
FILED
DEC 23 2015
David J. Bradley, Clerk of Court

CERTIFIED MAIL
7010 3090 0003 3455 1537