Case 4:11-cr-00531   Document 45   Filed in TXSD on 01/20/16   Page 1 of 3

United States District Court
Southern District of Texas
FILED

JAN 20 2016

David J. Bradley, Clerk of Court

DEFAULT AFFIDAVIT

Certified Mail #70103090000334551421                Date: 01/14/16

From: Non-domestic
      C/O 4009 Lucille Street
      Houston, Texas Brandon R. Furlough


To: Kenneth Magidson d/b/a KENNETH MAGIDSON, United States Attorney
    or Successor
    Financial Litigation Department
    515 Rusk Street Room 5300
    Houston, TX   77002-2600


Regarding: NON-NEGOTIABLE ACCEPTED FOR VALUE-EXEMPT FROM LEVY CAUSE
           NO. 4:11-CR-00531-001 in its entirety dated 04/09/2010
           INTERFERENCE IN MY COMMERCIAL AFFAIRS,
           Certified Mail No. 70103090000334556990


I, ME, MYSELF, a Living Soul, A private Party, but for the Purpose
for this AFFIDAVIT in COMMERCIAL you can address Me as Brandon R.
Furlough, a Sovereign. Everything Stated is the truth, the Whole
truth, and Nothing but the Truth and is True, Correct, Complete,
And Not Misleading, I am able for Stating the Facts and Lawful age
For Doing So.


Kenneth Magidson d/b/a KENNETH MAGIDSON United States Attorney has
Committed a FAULT and has DEFAULTED on all Points Concerning the
above Regarding; NON-NEGOTIABLE ACCEPTED FOR VALUE-EXEMPT FOR LEVY
CAUSE NO. 4:11-CR-00531-001 in its entirety dated 04/09/2010
Regarding, having been duly Served upon Kenneth Magidson d/b/a
KENNETH MAGIDSON, State Attorney by Certified Mail No.
70103090000334556990 (See Attached) and receiving no response,
having given Notice And Grace (3 day Truth In Lending Act), has
now in Involuntary Bankruptcy with Notice of FORFEITURE for all
Property needed for Satisfying $10,000,000.00 for Interfering In
My Private Commercial Affairs.



BRANDON R. FURLOUGH
SECURED PARTY SIGNATURE

                                    cc: Stan Stanart/Clerk Deed of Records

-1-

| | | |
|---|---|---|
| State of Texas ] | | by: *[signature]* |
| ] | SS: 462933336 | Brandon R. Furlough |
| County of Harris ] | | Agent, Power of Attorney In Fact with the Autograph |

A Man, Brandon R. Furlough, Known by me or made Known for me, did appear and states the following for being True, Correct, Complete, and not Misleading. Duly affirmed and Subscribed, THEREFORE,

*[signature]*
Notary Signature

TIFFANY R. GROGAN
Notary Public, State of Texas
My Commission Expires
May 18, 2016

Comm # 2899327-7

Notary Address: Low Education Dept
Fcc Bmt Federal Correctional Complex
P.O. Box 26025
Bmt Tx 77720-6025

SEAL

My Notary Expires: 5/18/2016

-2-

Brandon R. Funlough
05428-279 SA
Fcc BML
PO Box 26020
Beaumont, Texas 77720

7010 3090 0003 3454 5970

**CERTIFIED MAIL**

District Clerk
c/o Kenneth Magison
Bob Casey US Court House
Financial Litigation Unit
515 Rusk St Room 5300
Houston, Texas 77002